## Commonwealth ex rel. Colyer, Appellant, *v.* Russell.

Submitted September 12, 1966. *Samuel C. Colyer,* appellant, in propria persona; *R. Lee Ziegler,* District Attorney, for appellee.

Order affirmed.

MONTGOMERY, J., would reverse and remand.

HOFFMAN, J., dissents because appellant did not intelligently waive his right to counsel.

## Commonwealth ex rel. Gregory, Appellant, *v.* Myers.

Submitted September 12, 1966. *Arthur W. Gregory,* appellant, in propria persona; *John A. McMenamin* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.